**CERTIFICATE/LETTER OF QUALIFICATION -**    Court File No. <u>250000482</u>
**FOR PROSECUTION OR DEFENSE OF CIVIL ACTION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

<u>**Newport News**</u> Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on <u>**August 18, 2025**</u>
                                                                                    DATE

<u>**SHAKIA L. BAILEY Administrator**</u>                               ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

<u>**JAQARIS A. JEMISON**</u>                          , deceased, solely for the purpose of prosecution or
defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

<u>**$1,000.00**</u> bond has been posted.

Given under my hand and the seal of this Court on

<u>August 18, 2025</u>
        DATE

<u>ANGELA F. REASON</u>, Clerk

by _____, Deputy Clerk

FORM CC-1627 (MASTER) 07/15