**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

SHAKIA L. BAILEY, Administrator of the         :
ESTATE OF JAQARIS A. JEMISON, Deceased,   :
                                                               :
                              Plaintiff,                    :
                                                               :         CASE NO. 4:26cv00078
                                                               :
v.                                                             :
                                                               :
AXEL M. ALBERTORIO-RUIZ, et al.,              :
                                                               :
                              Defendants.               :

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this court and all parties of record:

It is hereby requested that the Clerk enter the appearance of Jeff W. Rosen, Esquire as counsel for Defendants Amber M. Hogge, Deputy Peterson and Vermel Carlson. I certify that I am admitted to practice in this Court.

AMBER HOGGE
DEPUTY PETERSON
VERNEL CARLSON

By: _____/s/_____
                    Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2026, I will electronically file the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq.
Danny Zemel, Esq.
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com;
dzemel@krudys.com
*Counsel for Plaintiff*

William W. Tunner (VSB #38358)
Rachel W. Adams (VSB #92605)
*ThompsonMcMullan, P.C.*
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Facsimile:  (804) 780-1813
wtunner@t-mlaw.com
radams@t-mlaw.com
*Counsel for Ruiz*

/s/

Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*

---

*Estate of Jemison v. Albertorio-Ruiz, et al. .*    Case No. 4:26cv00078          PENDER & COWARD, P.C.
                                                                WWW.PENDERCOWARD.COM