**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| SHAKIA L. BAILEY, Administrator of the | : | |
| ESTATE OF JAQARIS A. JEMISON, Deceased, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 4:26cv00078 |
| v. | : | |
| | : | |
| AXEL M. ALBERTORIO-RUIZ, et al., | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Amber Hogge, Deputy Peterson and Vernel Carlson, by counsel, pursuant to

Fed. R. Civ. P. 7 and Local Rule 7, hereby move this Court to extend the time to file a responsive

pleading to Plaintiff's Complaint to July 16, 2026.  The reasons supporting this Motion are set

forth in the accompanying Memorandum of Law.

> AMBER HOGGE
> DEPUTY PETERSON
> VERNEL CARLSON
>
>
> By: _____/s/_____
> Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2026, I will electronically file the foregoing *Motion for Extension of Time to Respond to Plaintiff's Complaint* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq.
Danny Zemel, Esq.
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com;
dzemel@krudys.com
*Counsel for Plaintiff*

William W. Tunner (VSB #38358)
Rachel W. Adams (VSB #92605)
*ThompsonMcMullan, P.C.*
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Facsimile:  (804) 780-1813
wtunner@t-mlaw.com
radams@t-mlaw.com
*Counsel for Ruiz*

/s/
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*