**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

SHAKIA L. BAILEY, Administrator of the :
ESTATE OF JAQARIS A. JEMISON, Deceased, :
                                      :

           Plaintiff, :

                                        :       CASE NO. 4:26cv00078

v. :

                                          :

AXEL M. ALBERTORIO-RUIZ, et al., :

                                          :

          Defendants. :

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Amber Hogge, Deputy Peterson and Vernel Carlson, by counsel, hereby submit this Memorandum of Law in Support of their Motion for Extension of Time to Respond to Plaintiff's Complaint.

Defendant Carlson was served with process on June 2, 2026 and Defendants Hogge and Peterson were served with process on June 4, 2026. Undersigned counsel was engaged by the Commonwealth's Division of Risk Management on June 11, 2026. Counsel requires additional time to investigate plaintiff's constitutional claims, acquire pertinent documents, and confer with defendants about plaintiff's claims and their defenses.

Therefore, defendants Amber Hogge, Deputy Peterson and Vernel Carlson respectfully request this Court to extend the time for their response to plaintiff's Complaint to July 16, 2026. A Proposed Order is attached hereto as "Exhibit A". All parties consent to the entry of this Order.

AMBER HOGGE
DEPUTY PETERSON
VERNEL CARLSON


By: _____/s/_____
                    Of Counsel


Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2026, I will electronically file the foregoing ***Memorandum of Law in Support of Motion for Extension of Time to Respond to Plaintiff's Complaint*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq.
Danny Zemel, Esq.
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:     (804) 381-4458
Email: mkrudys@krudys.com;
dzemel@krudys.com
*Counsel for Plaintiff*

William W. Tunner (VSB #38358)
Rachel W. Adams (VSB #92605)
*ThompsonMcMullan, P.C.*
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Facsimile:  (804) 780-1813
wtunner@t-mlaw.com
radams@t-mlaw.com
*Counsel for Ruiz*


_____/s/_____
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*

---