Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

SHAKIA L. BAILEY, Administrator of the      :
ESTATE OF JAQARIS A. JEMISON, Deceased,   :
                                      :
          Plaintiff,               :
                                        :          CASE NO. 4:26cv00078
v.                               :
                                        :
AXEL M. ALBERTORIO-RUIZ, et al.,     :
                                        :
          Defendants.           :

**ORDER**

Upon motion of counsel for Defendants Amber Hogge, Deputy Peterson and Vernel

Carlson to extend the time for the Defendants to file their response to Plaintiff's Complaint;

Upon agreement of counsel and for good cause shown, it is hereby

ORDERED that Defendants Hogge, Peterson and Carlson's time to respond be extended

July 16, 2026.

                                 ENTERED:     /           /

                                                    _____

                                                        JUDGE