**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

SHAKIA L. BAILEY, Administrator of the     :
ESTATE OF JAQARIS A. JEMISON, Deceased,    :
                                           :
        Plaintiff,                        :
                                           :     CASE NO. 4:26cv00078
v.                                         :
                                           :
AXEL M. ALBERTORIO-RUIZ, et al.,           :
                                           :
        Defendants.                       :

## ORDER

Upon motion of counsel for Defendants Amber Hogge, Deputy Peterson and Vernel Carlson to extend the time for the Defendants to file their response to Plaintiff's Complaint;

Upon agreement of counsel and for good cause shown, it is hereby

ORDERED that Defendants Hogge, Peterson and Carlson's time to respond be extended July 16, 2026.

ENTERED:  June 23, 2026

Lawrence R. Leonard
United States Magistrate Judge