**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, ADMINISTRATOR
OF THE ESTATE OF JAQARIS A. JEMISON,
DECEASED,

        Plaintiff,

v.                                           Civil Action No.: 4:26-cv-00078-RAJ-LRL

AXEL M. ALBERTORIO-RUIZ, *et al.*,

        Defendants.

## NOTICE OF APPEARANCE

        PLEASE NOTE the appearance of William W. Tunner as counsel of record for Defendant

Axel M. Albertorio-Ruiz. Mr. Tunner is admitted to practice in this Court.

                               Respectfully submitted,

                               AXEL M. ALBERTORIO-RUIZ

                               By Counsel

                               By:___/s/_____
                                   William W. Tunner (VSB No. 32358)
                                   Rachel W. Adams (VSB No. 92605)
                                   *Thompson*McMullan P.C.
                                   100 Shockoe Slip, 3rd Floor
                                   Richmond, Virginia 23219
                                   Phone: (804) 649-7545
                                   Fax: (804) 780-1813
                                   wtunner@t-mlaw.com
                                   radams@t-mlaw.com

                               *Counsel for Defendant Axel M. Albertorio-Ruiz*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq. (VSB No. 30718)
Danny Zemel, Esq. (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Telephone: (804) 774-7950
Facsimile: (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com

*Counsel for Plaintiff*

Jeff W. Rosen, Esq. (VSB No. 22689)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Telephone: (757) 490-6253
jrosen@pendercoward.com

*Counsel for Hogge, Peterson, and Carlson*

By:＿＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿
William W. Tunner (VSB No. 32358)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com

*Counsel for Defendant Axel M. Albertorio-Ruiz*

2