**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

SHAKIA L. BAILEY, Administrator of the      :
ESTATE OF JAQARIS A. JEMISON, Deceased,    :
     :
     Plaintiff,      :
     :      CASE NO. 4:26cv00078
v.      :
     :
AXEL M. ALBERTORIO-RUIZ, et al.,      :
     :
     Defendants.      :

**DEFENDANTS HOGGE, PETERSON, AND CARLSON'S
ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

COME NOW Defendants Amber Hogge ("Hogge"), Deputy Peterson ("Peterson"), and

Vernel Carlson ("Carlson"), by counsel, and for their Answer and Affirmative Defenses to

Plaintiff's Complaint state as follows:

**ANSWER**

**SUMMARY**

1. Denied. Defendants are without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

2. Denied. Defendants are without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

3. Denied. Defendants are without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

4. Denied. Defendants are without sufficient knowledge or information upon which

to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

5.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

## JURISDICTION

6.      Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

## VENUE

7.      Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

8.      Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

## PARTIES

9.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

10.     Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

a.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

b.      Denied.

c.      Denied.

d.      Denied.

e.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

**FACTS**

**April 11, 2025**

11.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

12.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

        a.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

        b.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

13.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

14.    Denied.

15.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

16.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

17.    Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

18.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

19.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

## June 17, 2025

## The First Call

20.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

21.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

22.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

23.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

24.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

25.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

26.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

27.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

28.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

29.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

30.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

31.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

32.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

33.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

34.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

35.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

36.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

37.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

38.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

39.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

40.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

41.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

42.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

43.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

44.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

45.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

46.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

47.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

48.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

49.	Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

50.	Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

## The Second Call

51.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

52.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

53.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

## Ms. Bailey's Call to the Jail

54.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

55.     Admitted in part; denied in part.  It is admitted only that defendant Hogge answered the call.  The remaining allegations of this paragraph are denied.

56.     Admitted in part; denied in part.  It is admitted only that defendant Hogge answered the call.  The remaining allegations of this paragraph are denied.

57.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

58.     Denied.  Defendants deny the allegations of this paragraph as the referenced document speaks for itself.

59.     Denied.  Defendants deny the allegations of this paragraph as the referenced document speaks for itself.

60.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

61. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

62. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

63. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

64. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

65. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

66. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

67. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

68. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

69. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

70. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

71. Denied. Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

72.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

73.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

74.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

75.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

76.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

77.     Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

78.     Denied.

79.     Denied.

### Defendants' Duties

80.     Denied.  The allegations of this paragraph are denied as a conclusion of law.

81.     Denied.  The allegations of this paragraph are denied as a conclusion of law.

### Defendants Breached Their Duties

82.     Denied

83.     Denied.

    a.     Denied.

    b.     Denied.

    c.     Denied.

---

d.   Denied.

e.   Denied.

f.   Denied.

g.   Denied.

h.   Denied.

i.   Denied.

j.   Denied.

k.   Denied.

l.   Denied.

m.   Denied.

## COUNTS

## COUNT I – GROSS NEGLIGENCE

### (Against All Defendants)

83.[1]   Defendants incorporate by reference their responses to paragraphs 1–83 as if set forth at length.

84.   Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

85.   Denied.

86.   Denied.

a.   Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

b.   Denied.

---

[1] Plaintiff's Complaint has two paragraphs numbered 83.

      c.      Denied.

      d.      Denied.

      e.      Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Denied.

## COUNT II – WILLFUL AND WANTON NEGLIGENCE

### (Against All Defendants)

91.     Defendants incorporate by reference their responses to paragraphs 1–90 as if set forth at length.

92.     Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

93.     Denied.

94.     Denied.

95.     Denied.

96.     Denied.

97.     Denied.

98.     Denied.

99.     Denied.

## COUNT III – 42 U.S.C. § 1983

### Failure to Protect – Fourteenth Amendment

### (Against All Defendants)

100.   Defendants incorporate by reference their responses to paragraphs 1–99 as if set forth at length.

101.   Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

102.   Denied.  Defendants deny the allegations of this paragraph as a conclusion of law.

103.   Denied.  Defendants are without sufficient knowledge or information upon which to form a belief as to the truth of the allegations of this paragraph and therefore deny same.

104.   Denied.

105.   Denied.

106.   Denied.

107.   Denied.

## AFFIRMATIVE DEFENSES

1.   Defendants deny that they breached any of plaintiff's constitutional, common law or statutory rights, deny any wrongdoing, intentional or tortious behavior, and deny that plaintiff is entitled to any relief.

2.   Plaintiff's constitutional claims against defendants are or may be barred by the doctrine of qualified good faith immunity.

3.   Plaintiff fails to state a claim upon which relief may be granted against defendants in their individual capacities pursuant to 42 U.S.C. § 1983 and under the Fourteenth Amendment for failure to protect.

4.      Plaintiff cannot recover damages pursuant to a wrongful death claim under Va. Code § 8.01-50, et seq. because her decedent committed a criminal act under Virginia law when he took his own life.

5.      Plaintiff fails to state a claim upon which relief may be granted against defendants for gross negligence.

6.      Plaintiff fails to state a claim upon which relief may be granted against defendants for willful and wanton negligence.

7.      Any harm to plaintiff or alleged damages to plaintiff resulted from acts or omissions of a third party or parties.

8.      Plaintiff fails to state sufficient facts entitling her to recover punitive damages against defendants.

9.      Defendants deny that they are indebted to plaintiff for any reason, or in any amount.

10.     Defendants did not act with malice or recklessness toward plaintiff, but rather acted in good faith at all times, thereby barring any claims for compensatory or punitive damages.

11.     Plaintiff's claims are barred by the doctrines of Decedent's contributory negligence and/or assumption of the risk.

12.     Defendants' actions were not the proximate cause of Decedent's decision to take his own life.

13.     Plaintiff's state law claim is barred by the doctrine of sovereign immunity.

14.     Plaintiff's potential damages are capped pursuant to Va. Code § 2.2-1839.

15.     Defendants reserve the right to add such other and further defenses as may be developed in the course of discovery in this action.

16.     Any paragraph of the Complaint not admitted or denied is hereby denied.

17.    A jury trial is demanded in this matter.

WHEREFORE, Defendants Amber Hogge, Deputy Peterson, and Vernel Carlson, having fully answered and set forth their affirmative defenses, move for dismissal of this action with prejudice, plus costs.

AMBER HOGGE
DEPUTY PETERSON
VERNEL CARLSON


By: _____/s/_____
                    Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson, and Carlson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2026, I will electronically file the foregoing ***Defendants Hogge, Peterson, and Carlson's Answer and Affirmative Defenses to Complaint*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq. (VSB #30718)
Danny Zemel, Esq. (VSB #95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

William W. Tunner, Esq. (VSB #32358)
Rachel W. Adams, Esq. (VSB #92605)
ThompsonMcMullan P.C.
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219
Phone: (804) 649-7545
Fax:    (804) 780-1813
wtunner@t-mlaw.com
radams@t-mlaw.com
*Counsel for Albertorio-Ruiz*

_____/s/_____
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Hogge, Peterson, and Carlson*

---

*Estate of Jemison v. Albertorio-Ruiz, et al.*   Case No. 4:26cv78   PENDER & COWARD, P.C.
WWW.PENDERCOWARD.COM