**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, Administrator of the
ESTATE OF JAQARIS A. JEMISON, Deceased,

Plaintiff,

Civil Action No. 4:26-cv-00078

v.

AXEL M. ALBERTORIO-RUIZ, *et al.,*

Defendants

**JOINT MOTION FOR PROTECTIVE ORDER**

COME NOW the Parties, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 26(c), and for the reasons in the attached Memorandum of Support, move this Court for entry of the attached Protective Order.

Dated: September 14, 2026

Respectfully submitted,

SHAKIA L. BAILEY, ADMINISTRATOR OF THE
ESTATE OF JAQARIS A. JEMISON, DECEASED

By: s/ Danny Zemel
Counsel

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

/s/ _Jeff Rosen (w/permission)

Jeff W. Rosen (VSB# 22689)
Jeffrey A. Hunn (VSB# 45487)
PENDER & COWARD
222 Central Park Ave, Suite 400
Virginia Beach, Virginia 23462
Phone: (757) 490-6253
Fax: (757) 490-6253
jrosen@pendercoward.com
jhunn@pendercoward.com
*Counsel for Defendants Hogge, Peterson, and Carlson*

/s/ _Rachel Adams (w/permission)

William W. Tunner (VSB# 38358)
Rachel W. Adams (VSB# 92605)
THOMPSON MCMULLAN PC
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219-4140
Phone: (804) 698-5934
Fax: (804) 780-1813
wtunner@t-mlaw.com
radams@t-mlaw.com
*Counsel for Defendant Albertorio-Ruiz*