**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, Administrator of the
ESTATE OF JAQARIS A. JEMISON, Deceased,

Plaintiff,

Civil Action No. 4:26-cv-00078

v.

AXEL M. ALBERTORIO-RUIZ, *et al.,*

Defendants

**JOINT MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER**

The Parties, by counsel, and for their Memorandum in Support of her Motion for the Entry of an Agreed Protective Order, states:

Production in this case will require personal information such as social security numbers, tax information, and medical records, be produced by all parties. Accordingly, good cause exists for the entry of a protective order. To protect the confidentiality of such personal information, and to facilitate discovery in this matter, a proposed Protective Order is attached to Plaintiff's Motion. All parties consent to the entry of this Protective Order.

For these reasons, the parties respectfully requests that this Court enter the proposed Protective Order attached to her Motion for Entry of a Protective Order.

Respectfully submitted,

SHAKIA L. BAILEY, ADMINISTRATOR OF THE
ESTATE OF JAQARIS A. JEMISON, DECEASED

By: _________s/ Danny Zemel_____
Counsel

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 14th day of September 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: s/ Danny Zemel
Counsel