**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| SHAKIA L. BAILEY, Administrator of the ESTATE OF JAQARIS A. JEMISON, Deceased, | : | |
| Plaintiff, | : | CASE NO. 4:26cv00078 |
| v. | : | |
| AXEL M. ALBERTORIO-RUIZ, et al., | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

It is hereby requested that the Clerk enter the appearance of Jeffrey A. Hunn, Esquire as counsel for Defendants Amber M. Hogge, Deputy Peterson and Vermel Carlson. I certify that I am admitted to practice in this Court.

AMBER HOGGE
DEPUTY PETERSON
VERMEL CARLSON

By: ____________/s/______________
Of Counsel

Jeffrey A. Hunn, Esq., VSB No. 45487
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6298
jhunn@pendercoward.com
*Counsel for Hogge, Peterson and Carlson*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2026, I will electronically file the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq.
Danny Zemel, Esq.
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com;
dzemel@krudys.com
*Counsel for Plaintiff*

William W. Tunner (VSB #38358)
Rachel W. Adams (VSB #92605)
*ThompsonMcMullan, P.C.*
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
radams@t-mlaw.com
*Counsel for Ruiz*

/s/
Jeffrey A. Hunn, Esq., VSB #45487
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6298
*Counsel for Hogge, Peterson and Carlson*