**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, Administrator of the
ESTATE OF JAQARIS A. JEMISON, Deceased,

Plaintiff,

Civil Action No. 4:26-cv-00078

v.

AXEL M. ALBERTORIO-RUIZ, *et al.,*

Defendants

**MOTION TO RESCHEDULE TRIAL**

COME NOW the Plaintiff, by counsel, and for the reasons in the attached Memorandum of Support, move this Court to hold a telephonic conference to reschedule the trial in this matter and reset all deadlines accordingly. Defendants, by counsel, have stated they do not oppose the motion.

Dated: September 24, 2026

Respectfully submitted,

SHAKIA L. BAILEY, ADMINISTRATOR OF THE
ESTATE OF JAQARIS A. JEMISON, DECEASED

By: _________ s/ Danny Zemel_____
Counsel

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 24th day of September 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: ____s/ Danny Zemel____
Counsel