**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, Administrator of the
ESTATE OF JAQARIS A. JEMISON, Deceased,

Plaintiff,

Civil Action No. 4:26-cv-00078

v.

AXEL M. ALBERTORIO-RUIZ, *et al.,*

Defendants

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO RESCHEDULE THE TRIAL**

Plaintiff, by counsel, and for her Memorandum in Support of her Motion to Reschedule the Trial, states:

The trial in this matter is currently scheduled for February 16, 2027. ECF 22. Plaintiff's expert disclosures are due on October 23, 2026 and other discovery deadlines follow soon thereafter. *Id*. The parties have begun the discovery process. However, despite a meet and confer phone call to facilitate the process, discovery cannot be completed under the current deadlines. The parties are unable to find sufficient deposition dates that fit with counsel's schedules.

The written and records-based discovery in this matter is voluminous and still ongoing. Based on the schedules of the three law firms involved and the deponents, as well as the additional time necessary to gather and exchange records relevant to the depositions (which is still ongoing), the parties will not be able to complete depositions in time for the currently scheduled expert reports and dispositive motions deadlines.

Accordingly, plaintiff request that this Court hold a hearing by phone for purpose of rescheduling the trial for April or May of 2027, if the Court's calendar would allow, and to adjust all discovery and trial deadlines according to the new trial date.

Respectfully submitted,

SHAKIA L. BAILEY, ADMINISTRATOR OF THE
ESTATE OF JAQARIS A. JEMISON, DECEASED

By: ___s/ Danny Zemel___
Counsel

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 24th day of September 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: ___s/ Danny Zemel
Counsel