**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, Administrator of the
ESTATE OF JAQARIS A. JEMISON, Deceased,

Plaintiff,

Civil Action No. 4:26-cv-00078

v.

AXEL M. ALBERTORIO-RUIZ, *et al.,*

Defendants.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER CONSENT MOTION FOR EXTENSION OF TIME TO SERVE RULE 26(a)(2)(B) DISCLOSURES**

Plaintiff Shakia L. Bailey, Administrator of the Estate of Jaqaris A. Jemison, Deceased, by counsel, and with the consent of all parties, for her Memorandum in Support of her Consent Motion for Extension of Time to Serve Rule 26(a)(2)(B) Disclosures, states:

The trial in this matter is currently scheduled for February 16, 2027. ECF No. 22. Plaintiff's Rule 26(a)(2)(B) disclosures are due on November 23, 2026, and Defendants' disclosures are due on December 23, 2026. *Id.*

Plaintiff timely engaged an expert on October 5, 2026. The expert then ceased communicating with Plaintiff's counsel shortly before the disclosure deadline. Plaintiff promptly engaged a replacement expert less than a week before the deadline. The replacement expert requires a short additional period to complete the report.

Plaintiff therefore requests a seven-day extension to November 30, 2026. To preserve the existing 30-day interval between the parties' disclosures, Plaintiff further requests a corresponding seven-day extension for Defendants, from December 23, 2026, to December 30, 2026. All parties consent to both extensions.

The Court may extend an unexpired deadline for good cause. Fed. R. Civ. P. 6(b)(1)(A). A deadline set by a scheduling order may likewise be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). Good cause exists here: the extension is brief, is not sought for purposes of delay, will not prejudice any party, and will not affect the trial date or any deadline other than the two expert disclosure deadlines addressed here.

Accordingly, Plaintiff requests that the Court extend her Rule 26(a)(2)(B) disclosure deadline from November 23, 2026, to November 30, 2026, and extend Defendants' Rule 26(a)(2)(B) disclosure deadline from December 23, 2026, to December 30, 2026.

Dated: November 19, 2026

Respectfully submitted,

SHAKIA L. BAILEY, ADMINISTRATOR OF THE
ESTATE OF JAQARIS A. JEMISON, DECEASED

By: /s/ Mark J. Krudys
Counsel

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 19th day of November 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: __________/s/ Mark J. Krudys
Counsel