**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

SHAKIA L. BAILEY, Administrator of the
ESTATE OF JAQARIS A. JEMISON, Deceased,

Plaintiff,

Civil Action No. 4:26-cv-00078

v.

AXEL M. ALBERTORIO-RUIZ, *et al.*,

Defendants.

**PLAINTIFF'S WITHDRAWAL OF CONSENT MOTION FOR EXTENSION OF TIME TO SERVE RULE 26(a)(2)(B) DISCLOSURES**

COMES NOW Plaintiff Shakia L. Bailey, Administrator of the Estate of Jaqaris A. Jemison, Deceased, by counsel, and withdraws her Consent Motion for Extension of Time to Serve Rule 26(a)(2)(B) Disclosures (ECF No. 32), filed November 19, 2026. Plaintiff also withdraws the accompanying Memorandum in Support and proposed Order.

The requested extension is no longer necessary. Plaintiff timely served her Rule 26(a)(2)(B) disclosures on November 23, 2026.

The deadline for Defendants Albertorio-Ruiz, Carlson, Hogge, and Peterson to serve their Rule 26(a)(2)(B) disclosures remains December 23, 2026. No action by the Court is required on the withdrawn motion.

Dated: November 24, 2026

Respectfully submitted,

SHAKIA L. BAILEY, ADMINISTRATOR OF THE
ESTATE OF JAQARIS A. JEMISON, DECEASED

By: /s/ Mark Krudys
Counsel

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 24th day of November 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: /s/ Mark Krudys
Counsel